977 A.2d 1131

**COMMONWEALTH OF PENNSYLVANIA, Appellee**

v.

**Marcus MAYS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 2008.

Decided Aug. 17, 2009.

Richard T. Brown, Jr., Esq., for Marcus Mays.

Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, Grady Gervino, Esq., for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY, and GREENSPAN, JJ.

*ORDER*

PER CURIAM.

**AND NOW**, this 17th day of August, 2009, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.